IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re: ) Case No. 18-42149
)
KANE, John and Dianne, ) **ORDER APPROVING TRUSTEE'S**
) **MOTION TO SELL NON-EXEMPT**
Debtor(s). ) **EQUITY TO DEBTORS**
)

    THIS MATTER having come before the Court upon the Trustee's Motion to Sell Non-Exempt Equity to Debtors; it appearing to the Court that the Trustee filed a Motion to Sell Non-Exempt Equity in two of Debtor's vehicles to the Debtors, and notice thereof was sent to all creditors; it appearing to the Court that neither the Trustee nor the Court have received any objections; it appearing to the Court that the Motion is in the best interest of creditors and the Debtors; the Court being fully advised and good cause appearing therefore;

    IT IS HEREBY ORDERED that Trustee's Motion to accept the cash sum of $13,375.00 as payment in full for the non-exempt equity in the two vehicles is approved.

/// END OF ORDER ///

Presented by:

/s/ Don Thacker
Don Thacker, WSB #15708
Chapter 7 Trustee

ORDER APPROVING TRUSTEE'S MOTION TO
SELL NON-EXEMPT EQUITY TO DEBTORS - 1

Don Thacker
Chapter 7 Trustee
PO Box 118
La Center, WA 98629
360-841-7093